IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| EDWARD ALLEN ALLEY, | ) | CASE NO. 7:15CV00094 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| GERALD MCPEAK, *ET AL.*, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that this civil action under 42 U.S.C. § 1983 is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the clerk shall **STRIKE** the case from the active docket of the court.

**ENTER**: This 14th day of May, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE